IN THE SUPREME COURT OF THE STATE OF DELAWARE

IMO THE PETITION OF §
CHARLIE MCCLAIN JR. AND § No. 452, 2024
SALLY KATHERINE MCCLAIN §
FOR A WRIT OF MANDAMUS §

Submitted: February 4, 2025
Decided: February 6, 2025

## ORDER

On December 3, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, to the petitioners, Charlie McClain Jr. and Sally McClain, directing them to show cause why this petition should not be dismissed for their failure to move to proceed *in forma pauperis* or pay the Supreme Court filing fee. The notice was returned to the Court on December 12 as unclaimed and unable to be forwarded. On January 21, 2025, the Chief Deputy Clerk reissued the notice to show cause by first-class mail. Both notices were sent to the address that the McClains provided to the Court. To date, the McClains have not moved to proceed *in forma pauperis*, paid the Supreme Court filing fee, responded to the notice to show cause, or reported any change of address to the Court. Under the circumstances, dismissal of this petition is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this petition be DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Gary F. Traynor*
Justice